**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JAVIER RODRIGUEZ, CHRIS ORTIZ, and TROY-WALKER ENTERPRISES, LLC d/b/a STERLING JET AVIATION on behalf of themselves and all other persons similarly situated, | § | |
| *Plaintiffs*, | § | CIVIL ACTION NO. 4:17-cv-01974 |
| v. | § | |
| RENATO VENTURINI, MARCELA WHITE, and TAVAERO JET CHARTER CORPORATION, | § | |
| *Defendants.* | § | |

## ORDER GRANTING MOTION TO DISMISS COUNTERCLAIM

Pending before the Court is Plaintiffs Javier Rodriguez, Chris Ortiz, and Troy Walker Enterprises, LLC d/b/a Sterling Jet Aviation's Motion to Dismiss Counterclaim for Lack of Subject Matter Jurisdiction and For Failure to State a Claim. Having considered the motion, submissions, and applicable law, the Court determines the motion should be granted. It is therefore

**ORDERED** that Plaintiffs' Motion to Dismiss Counterclaim for Lack of Subject Matter Jurisdiction and For Failure to State a Clam, and for Leave to Amend Complaint in the Alternative is **GRANTED.** It is further

**ORDERED** that this case is **DISMISSED** without prejudice.

Signed, this _____ of October, 2017.

________________________________________
United States District Court Judge