IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAVIER RODRIGUEZ, CHRIS ORTIZ, and TROY-WALKER ENTERPRISES, LLC, d/b/a STERLING JET AVIATION, on behalf of themselves and all other persons similarly situated, | § | |
| Plaintiffs, | § | CIVIL ACTION NO. 4:17-cv-01974 |
| v. | § | JURY TRIAL DEMANDED |
| RENATO VENTURINI, MARCELA WHITE, and TAVAERO JET CHARTER CORPORATION, | § | |
| Defendants. | § | |

**DEFENDANTS AND COUNTER-PLAINTIFFS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF COUNTERCLAIMS WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendants and Counter – Plaintiffs Renato Venturini ("Venturini"), Marcela White ("White"), and Tavaero Jet Charter Corporation ("Tavaero") (collectively referred to as "Defendants") move to dismiss without prejudice their Counterclaims against Plaintiffs and Counter – Defendants Javier Rodriguez ("Rodriguez"), Chris Ortiz ("Ortiz"), and Troy-Walker Enterprises, LLC d/b/a Sterling Jet Aviation ("Sterling") (collectively referred to as "Plaintiffs") for the foregoing reasons:

1. On June 27, 2017, Plaintiffs filed their action against Defendants, asserting claims under the Fair Labor Standards Act ("FLSA"), breach of contract, and quantum meruit. *See* Plaintiffs' Original Complaint at §§ 27 – 34 [Dkt. No. 1].

2. On September 13, 2017, Defendants filed their Answer to Plaintiffs' Original Complaint and Counterclaims against Plaintiffs. [Dkt. No. 6,7].

3. On October 4, 2017, Plaintiffs filed their Motion to Dismiss Counterclaim for Lack of Subject Matter Jurisdiction and for Failure to State a Claim, and Motion for Leave to Amend Complaint in the Alternative. [Dkt. No. 12].

4. Defendants seek to dismiss without prejudice their Counterclaims because Defendants plan to pursue their Counterclaims in state court.

5. Counsel for Defendants conferred with Counsel for Plaintiffs regarding Defendants plan to dismiss their Counterclaims and refile in state court. Counsel for Plaintiffs indicated that Plaintiffs would not oppose the dismissal stating, "I am unopposed to a dismissal of your counterclaims without prejudice on the condition that you provide this email string to Judge Bennett when you submit the request. I also want to let you know that I plan to add a retaliation claim based on the state court lawsuit in the event that you do file a separate action." Defendants question the viability of any yet to be filed retaliation claim, but, as requested, attaches Counsel for Plaintiffs' email to this Motion. *See* Exhibit A.

For the foregoing reasons, Defendants request that the Court dismiss their Counterclaims without prejudice to the refiling in state court.

Dated: March 26, 2018.

Respectfully submitted,

**SOUTHERLAND LAW FIRM**

/s/ J. Alfred Southerland
J. Alfred Southerland
State Bar No. 18860050
4141 Southwest Freeway
Suite 300
Houston, Texas 77027
Telephone: (713) 228-8508
Facsimile: (713) 228-8507
alf@southerlandlawfirm.com

Gary Linn Evans
State Bar No. 00795338
E-mail: evans@texasaviationlaw.com
P.O. Box 130246
The Woodlands, Texas 77393-0246
Telephone: (281) 367-7732
Facsimile: (281) 367-8003
evans@texasaviationlaw.com

**ATTORNEYS FOR DEFENDANTS AND COUNTER-PLAINTIFFS RENATO VENTURINI, MARCELA WHITE, AND TAVAERO JET CHARTER CORPORATION**

## CERTIFICATE OF CONFERENCE

On March 23, 2018, Counsel for Defendants conferred with Counsel for Plaintiffs regarding the Unopposed Motion for Voluntary Dismissal of Counterclaims Without Prejudice. Counsel for Plaintiffs indicated that Plaintiffs would not oppose the Motion, provided that Defendants attached their email to this Motion. Defendants have done so.

*/s/ J. Alfred Southerland*
Counsel for Defendants

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed this pleading via the electronic case filing system of the Court, causing the electronic case filing system to send a "Notice of Electronic Filing" to all counsel of record in accordance with the Federal Rules of Civil Procedure on March 26, 2018.

*/s/ J. Alfred Southerland*
Counsel for Defendants