# EXHIBIT 1

Alfred Southerland <alf@southerlandlawfirm.com>

# RE: Rodriguez v. Tavaero

1 message

**Ben Allen** <ben.allen@feldman.law> Fri, Mar 23, 2018 at 4:07 PM
To: Alfred Southerland <alf@southerlandlawfirm.com>
Cc: Casey Wallace <casey.wallace@feldman.law>

Alf:

I am unopposed to a dismissal of your counterclaims without prejudice on the condition that you provide this email string to Judge Bennett when you submit the request.

I also want to let you know that I plan to add a retaliation claim based on the state court lawsuit in the event that you do file a separate action.

Last, thanks for the promise on deposition dates. I will look forward to them no later than Wednesday.

-Ben

**From:** Alfred Southerland <alf@southerlandlawfirm.com>
**Sent:** Friday, March 23, 2018 3:57 PM
**To:** Ben Allen <ben.allen@feldman.law>
**Subject:** Rodriguez v. Tavaero

Ben:

After further thought, I plan to drop the Counterclaims and refile them in state court.

Can I indicate that your clients are unopposed to the dismissal without prejudice?

I will get back with you on deposition dates early next week.

Alf

J. Alfred Southerland
Southerland Law Firm

Direct 281.928.4932
Office 713.228.8508
Fax 713.228.8507
Email: alf@southerlandlawfirm.com
4141 Southwest Freeway, Suite 300, Houston, Texas 77027

BOARD CERTIFIED®
Texas Board of Legal Specialization
LABOR AND EMPLOYMENT LAW

Board Certified-Labor and Employment Law-Texas Board of Legal Specialization

IMPORTANT: The contents of this email and any attachments are intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. They are intended for the intended recipient(s) only. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission.

The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in future then please respond to the sender to this effect.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

==========================================================================
IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters

addressed herein.
==========================================================================

This e-mail and any attachment are confidential to Feldman & Feldman and may be privileged or otherwise protected from disclosure. It is solely intended for the person(s) named above. If you are not the intended recipient, any reading, use, disclosure, copying or distribution of all or parts of this e-mail or associated attachments is strictly prohibited. If you are not an intended recipient, please notify the sender immediately by replying to this message or by telephone and delete this e-mail and any attachments permanently from your system. The sender totally disclaims, and will not accept, any responsibility or liability for the unauthorized use, or the consequences of any unauthorized use, of this communication or message.