IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAVIER RODRIGUEZ, CHRIS ORTIZ, and TROY-WALKER ENTERPRISES, LLC, d/b/a STERLING JET AVIATION, on behalf of themselves and all other persons similarly situated, | § | |
| Plaintiffs, | § | CIVIL ACTION NO. 4:17-cv-01974 |
| v. | § | JURY TRIAL DEMANDED |
| RENATO VENTURINI, MARCELA WHITE, and TAVAERO JET CHARTER CORPORATION, | § | |
| Defendants. | § | |

**ORDER ON DEFENDANTS AND COUNTER-PLAINTIFFS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF COUNTERCLAIMS WITHOUT PREJUDICE**

After considering Defendants and Counter – Plaintiffs' Unopposed Motion for Voluntary Dismissal of Counterclaims without Prejudice, it is hereby ORDERED that Defendants' Motion is GRANTED and Defendants' Counterclaims are DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that Plaintiffs' Motion to Dismiss Counterclaims for Lack of Subject Matter Jurisdiction and for Failure to State a Claim, and Motion for Leave to Amend Complaint in the Alternative is DENIED as MOOT.

SIGNED on _______________, 2018, in Houston, Texas.

___________________________
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE