# EXHIBIT B

Date: 03/10/2020            **Detail Fee Transaction File List**            Page: 1
Feldman & Feldman, P.C.

| Client | Trans Date | Tmk | H P | Tcode/ Task Co | Rate | Hours to Bill | Amount | | Ref |
|---|---|---|---|---|---|---|---|---|---|
| **Timekeeper 3 Casey Wallace** | | | | | | | | | |
| 5010.00 | 07/13/2017 | 3 | P | 1 | 400.00 | | 0.00 | Rodriguez/Javier<br>Tavaero Jet Charter, Corp. | 8 |
| 5010.00 | 11/07/2018 | 3 | P | 1 | 400.00 | 2.00 | 800.00 | Read, review, edit and analyze the Proposed Jury Charge; confer with Mr. Allen on same.<br>Rodriguez/Javier<br>Tavaero Jet Charter, Corp. | 39 |
| **Total for Timekeeper 3** | | | | | Billable<br>Non-billable<br>Total | 0.00<br>2.00<br>2.00 | 0.00<br>800.00<br>800.00 | Casey Wallace | |
| **Timekeeper 6 Ben Allen** | | | | | | | | | |
| 5010.00 | 06/08/2017 | 6 | P | 1 | 400.00 | 6.25 | 2,500.00 | Confer with J. Rodriguez; prepare memorandum to file regarding feasibility of claims.<br>Rodriguez/Javier<br>Tavaero Jet Charter, Corp. | 2 |
| 5010.00 | 06/13/2017 | 6 | P | 1 | 400.00 | 5.00 | 2,000.00 | Prepare letter to Mr. Venturini and Ms. White; confer with C. Ortiz regarding ███.<br>Rodriguez/Javier<br>Tavaero Jet Charter, Corp. | 1 |
| 5010.00 | 12/28/2017 | 6 | P | 1 | 400.00 | 1.20 | 480.00 | Follow up with opposing counsel regarding status of document production; status of TWC ruling.<br>Rodriguez/Javier<br>Tavaero Jet Charter, Corp. | 11 |
| 5010.00 | 03/15/2018 | 6 | P | 1 | 400.00 | 1.40 | 560.00 | Review letter from opposing counsel re: Spouse's company; confer with client regarding ███.<br>Rodriguez/Javier<br>Tavaero Jet Charter, Corp. | 14 |
| 5010.00 | 03/16/2018 | 6 | P | 1 | 400.00 | 1.70 | 680.00 | Confer with clients regarding ███; recommend proposed course of action.<br>Rodriguez/Javier<br>Tavaero Jet Charter, Corp. | 15 |
| 5010.00 | 08/22/2018 | 6 | P | 1 | 400.00 | 5.30 | 2,120.00 | Review and analyze Marcela's deposition for citations in Motion for Summary Judgment.<br>Rodriguez/Javier<br>Tavaero Jet Charter, Corp. | 19 |
| 5010.00 | 08/23/2018 | 6 | P | 1 | 400.00 | 3.10 | 1,240.00 | Draft outline of fact section for motion for summary judgment.<br>Rodriguez/Javier | 20 |

Date: 03/10/2020                                    **Detail Fee Transaction File List**                                    Page: 2
                                                          Feldman & Feldman, P.C.

| Client | Trans Date | Tmk | H P | Tcode/ Task Co | Rate | Hours to Bill | Amount | | Ref |
|---|---|---|---|---|---|---|---|---|---|

**Timekeeper 6 Ben Allen**

| Client | Trans Date | Tmk | H/P | Tcode/Task Co | Rate | Hours to Bill | Amount | Description | Ref |
|---|---|---|---|---|---|---|---|---|---|
| 5010.00 | 08/27/2018 | 6 | P | 1 | 400.00 | 6.20 | 2,480.00 | Tavaero Jet Charter, Corp. Draft fact section of motion for summary judgment; review and analyze case law on waiver and willfulness. Rodriguez/Javier | 21 |
| 5010.00 | 08/28/2018 | 6 | P | 1 | 400.00 | 8.20 | 3,280.00 | Tavaero Jet Charter, Corp. Draft argument section of motion for summary judgment on damages; willfullness, liquidated damages; and FLSA violations. Rodriguez/Javier | 22 |
| 5010.00 | 08/29/2018 | 6 | P | 1 | 400.00 | 4.70 | 1,880.00 | Tavaero Jet Charter, Corp. Complete argument section of draft motion for summary judgment. Rodriguez/Javier | 23 |
| 5010.00 | 08/30/2018 | 6 | P | 1 | 400.00 | 5.70 | 2,280.00 | Tavaero Jet Charter, Corp. Draft declarations of Javier Rodriguez and Chris Ortiz; revise motion for summary judgment and update damages section. Rodriguez/Javier | 24 |
| 5010.00 | 10/30/2018 | 6 | P | 1 | 400.00 | 1.80 | 720.00 | Tavaero Jet Charter, Corp. Review motion for summary judgment; update clients regarding ███████. Rodriguez/Javier | 29 |
| 5010.00 | 11/06/2018 | 6 | P | 1 | 400.00 | 5.80 | 2,320.00 | Tavaero Jet Charter, Corp. Prepare outline of jury charge; review potential exhibits for exhibit list. Rodriguez/Javier | 32 |
| 5010.00 | 11/07/2018 | 6 | P | 1 | 400.00 | 10.40 | 4,160.00 | Tavaero Jet Charter, Corp. Prepare pretrial pleadings pursuant to Judge Bennetts' scheduling order. Rodriguez/Javier | 34 |
| 5010.00 | 11/08/2018 | 6 | P | 1 | 400.00 | 1.90 | 760.00 | Tavaero Jet Charter, Corp. Update client regarding ███████. Rodriguez/Javier | 33 |
| 5010.00 | 11/09/2018 | 6 | P | 1 | 400.00 | 1.70 | 680.00 | Tavaero Jet Charter, Corp. Work with clients regarding witness availability and trial scheduling. Rodriguez/Javier | 35 |
| 5010.00 | 11/12/2018 | 6 | P | 1 | 400.00 | 4.70 | 1,880.00 | Tavaero Jet Charter, Corp. Finalize pre-trial pleadings. | 36 |

| Date: 03/10/2020 | | | | | Detail Fee Transaction File List<br>Feldman & Feldman, P.C. | | | Page: 3 |
|---|---|---|---|---|---|---|---|---|
| **Client** | **Trans Date** | **Tmk** | **H P** | **Tcode/ Task Co** | **Rate** | **Hours to Bill** | **Amount** | **Ref** |
| **Timekeeper 6 Ben Allen** | | | | | | | | |
| 5010.00 | 11/28/2018 | 6 | P | 1 | 400.00 | 3.40 | 1,360.00 Rodriguez/Javier<br>Tavaero Jet Charter, Corp.<br>Confer with Court regarding trial setting; update clients; outline strategy; and prepare trial preparation sessions. | 37 |
| 5010.00 | 12/04/2018 | 6 | P | 1 | 400.00 | 1.70 | 680.00 Rodriguez/Javier<br>Tavaero Jet Charter, Corp.<br>Confer with Court and with opposing counsel regarding trial setting and dispositive motion issues. | 38 |
| 5010.00 | 12/06/2018 | 6 | P | 1 | 400.00 | 1.40 | 560.00 Rodriguez/Javier<br>Tavaero Jet Charter, Corp.<br>Confer with client regarding ▮▮▮; update clients regarding ▮▮▮. | 41 |
| 5010.00 | 12/07/2018 | 6 | P | 1 | 400.00 | 2.40 | 960.00 Rodriguez/Javier<br>Tavaero Jet Charter, Corp.<br>Confer with clients; prepare for docket call. | 40 |
| 5010.00 | 12/17/2018 | 6 | P | 1 | 400.00 | 5.80 | 2,320.00 Rodriguez/Javier<br>Tavaero Jet Charter, Corp.<br>Prepare response to motion for leave to file late response to Motion for Summary Judgment. | 43 |
| 5010.00 | 03/04/2019 | 6 | P | 1 | 400.00 | 1.10 | 440.00 Rodriguez/Javier<br>Tavaero Jet Charter, Corp.<br>Prepare letter to Court regarding request for status conference. | 44 |
| 5010.00 | 03/25/2019 | 6 | P | 1 | 400.00 | 2.70 | 1,080.00 Rodriguez/Javier<br>Tavaero Jet Charter, Corp.<br>Update client regarding ▮▮▮; confer with client about ▮▮▮. | 45 |
| 5010.00 | 07/11/2019 | 6 | P | 1 | 400.00 | 4.10 | 1,640.00 Rodriguez/Javier<br>Tavaero Jet Charter, Corp.<br>Meet with clients and discuss ▮▮▮; review discovery and pretrial materials. | 50 |
| 5010.00 | 07/12/2019 | 6 | P | 1 | 400.00 | 1.30 | 520.00 Rodriguez/Javier<br>Tavaero Jet Charter, Corp.<br>Work with Chris on ▮▮▮<br>Rodriguez/Javier<br>Tavaero Jet Charter, Corp. | 51 |

Date: 03/10/2020                    **Detail Fee Transaction File List**                    Page: 4
                                    Feldman & Feldman, P.C.

| Client | Trans Date | Tmk | H P | Tcode/ Task Co | Rate | Hours to Bill | Amount | | Ref |
|---|---|---|---|---|---|---|---|---|---|

**Timekeeper 6 Ben Allen**

| 5010.00 | 08/08/2019 | 6 | P | 1 | 400.00 | 4.10 | 1,640.00 | Update client regarding ▮▮▮▮; review and analyze deposition testimony. Rodriguez/Javier Tavaero Jet Charter, Corp. | 53 |
| 5010.00 | 08/14/2019 | 6 | P | 1 | 400.00 | 2.70 | 1,080.00 | Conduct trial preparation conference with clients; review and analyze trial exhibits. Rodriguez/Javier Tavaero Jet Charter, Corp. | 54 |
| 5010.00 | 08/15/2019 | 6 | P | 1 | 400.00 | 3.60 | 1,440.00 | Prepare for docket call; review and analyze order on motion for summary judgment. Rodriguez/Javier Tavaero Jet Charter, Corp. | 55 |
| 5010.00 | 08/16/2019 | 6 | P | 1 | 400.00 | 4.50 | 1,800.00 | Prepare for and attend pretrial conference. Rodriguez/Javier Tavaero Jet Charter, Corp. | 56 |

| **Total for Timekeeper 6** | | | | | Billable | 0.00 | 0.00 | Ben Allen | |
| | | | | | Non-billable | 113.85 | 45,540.00 | | |
| | | | | | Total | 113.85 | 45,540.00 | | |

**Timekeeper 7 Valerie Baker**

| 5010.00 | 06/13/2017 | 7 | P | 1 | 195.00 | 1.50 | 292.50 | Prepare draft Cease and Desist letter for attorney review and use and forward same to Tavaero Jet Charter Corp. once finalized. Rodriguez/Javier Tavaero Jet Charter, Corp. | 3 |
| 5010.00 | 06/27/2017 | 7 | P | 1 | 195.00 | 2.00 | 390.00 | Review original complaint, gather and prepare exhibit to complaint, and prepare civil case information sheet to be filed with Court. Prepare Requests for Issuance of Summons to Defendants Renato Venturini, Marcela White, and Tavaero Jet Charter Corporation and file same with Court. Rodriguez/Javier Tavaero Jet Charter, Corp. | 4 |
| 5010.00 | 06/30/2017 | 7 | P | 1 | 195.00 | 1.00 | 195.00 | Communicate with easy-serve regarding service of summons on Renato, Venturini, Marcela White, and Tavaero Jet Charter Corporation. Rodriguez/Javier Tavaero Jet Charter, Corp. | 5 |

| Date: 03/10/2020 | | | | | | **Detail Fee Transaction File List**<br>Feldman & Feldman, P.C. | | | Page: 5 |

| Client | Trans Date | Tmk | H P | Tcode/ Task Co | Rate | Hours to Bill | Amount | | Ref |
|---|---|---|---|---|---|---|---|---|---|
| **Timekeeper 7 Valerie Baker** | | | | | | | | | |
| 5010.00 | 07/03/2017 | 7 | P | 1 | 195.00 | 1.00 | 195.00 | Communicate with easy-serve regarding service of summons on Renato Venturini, Marcela White, and Tavaero Jet Corporation and forward summons to them for execution.<br>Rodriguez/Javier<br>Tavaero Jet Charter, Corp. | 10 |
| 5010.00 | 07/05/2017 | 7 | P | 1 | 195.00 | 0.50 | 97.50 | Search the Texas Secretary of State site for the registered agent's address for Tavaero Jet Charter Corporation for service of summons.<br>Rodriguez/Javier<br>Tavaero Jet Charter, Corp. | 6 |
| 5010.00 | 07/05/2017 | 7 | P | 1 | 195.00 | 0.25 | 48.75 | Communicate with easy-serve regarding status of service of summons on Renato Venturini and Marcela White.<br>Rodriguez/Javier<br>Tavaero Jet Charter, Corp. | 7 |
| 5010.00 | 07/13/2017 | 7 | P | 1 | 195.00 | 0.50 | 97.50 | Prepare draft Disclosure of Interested Parties and forward to attorney for use and review.<br>Rodriguez/Javier<br>Tavaero Jet Charter, Corp. | 9 |
| 5010.00 | 12/19/2017 | 7 | P | 1 | 195.00 | 1.20 | 234.00 | Prepare letter to opposing counsel regarding document production and forward same once finalized.<br>Rodriguez/Javier<br>Tavaero Jet Charter, Corp. | 12 |
| 5010.00 | 02/12/2018 | 7 | P | 1 | 195.00 | 0.50 | 97.50 | Review Letter to Court regarding Request for Court Conference and Proposed Discovery Order and forward to Court and Opposing Counsel once finalized.<br>Rodriguez/Javier<br>Tavaero Jet Charter, Corp. | 13 |
| 5010.00 | 05/07/2018 | 7 | P | 1 | 195.00 | 0.25 | 48.75 | Prepare materials for Second Set of Discovery to Defendants for attorney use.<br>Rodriguez/Javier<br>Tavaero Jet Charter, Corp. | 16 |
| 5010.00 | 08/03/2018 | 7 | P | 1 | 195.00 | 1.00 | 195.00 | Review Plaintiffs' Amended Disclosures and documents bates labeled Plaintiffs 000001 - 000794.<br>Rodriguez/Javier<br>Tavaero Jet Charter, Corp. | 18 |
| 5010.00 | 08/30/2018 | 7 | P | 1 | 195.00 | 0.50 | 97.50 | Prepare materials for Declarations | 25 |

| Date: 03/10/2020 | | | | | | | Detail Fee Transaction File List<br>Feldman & Feldman, P.C. | | Page: 6 |
|---|---|---|---|---|---|---|---|---|---|
| Client | Trans Date | Tmk | H P | Tcode/ Task Co | Rate | Hours to Bill | Amount | | Ref |

**Timekeeper 7 Valerie Baker**

| Client | Trans Date | Tmk | H P | Tcode/Task Co | Rate | Hours to Bill | Amount | Description | Ref |
|---|---|---|---|---|---|---|---|---|---|
| 5010.00 | 08/31/2018 | 7 | P | 1 | 195.00 | 4.00 | 780.00 | of Chris Ortiz and Javier Rodriguez for attorney use.<br>Rodriguez/Javier<br>Tavaero Jet Charter, Corp.<br>Review Plaintiffs' Motion for Partial Summary Judgment. Prepare Table of Authorities and Table of Contents in Motion. Gather and prepare documents to be used as exhibits to Motion. Communicate with Clerk regarding filing exhibit "under seal". File Motion and exhibits with Court once finalized. Forward Exhibit A, which was filed "under seal", to Opposing Counsel. Prepare materials for Appendix of Unreported Cases for attorney use. Gather documents from Westlaw to be used as exhibits to the Appendix. File Appendix and exhibits with Court once finalized.<br>Rodriguez/Javier<br>Tavaero Jet Charter, Corp. | 26 |
| 5010.00 | 11/06/2018 | 7 | P | 1 | 195.00 | 3.00 | 585.00 | Prepare materials for exhibit list, witness list, voir dir questions, jury instructions, motions in limine, and deposition designations for attorney use.<br>Rodriguez/Javier<br>Tavaero Jet Charter, Corp. | 30 |
| 5010.00 | 11/07/2018 | 7 | P | 1 | 195.00 | 1.50 | 292.50 | Review Motion for Summary Judgment for deposition designations to be used in trial deposition designations. Prepare materials for joint pretrial order for attorney use.<br>Rodriguez/Javier<br>Tavaero Jet Charter, Corp. | 31 |
| 5010.00 | 12/06/2018 | 7 | P | 1 | 195.00 | 0.75 | 146.25 | Gather and prepare documents to be used by attorney at docket call.<br>Rodriguez/Javier<br>Tavaero Jet Charter, Corp. | 42 |
| 5010.00 | 03/04/2019 | 7 | P | 1 | 195.00 | 0.25 | 48.75 | Review letter regarding status conference and serve to Court Case Manager and opposing counsel once finalized.<br>Rodriguez/Javier<br>Tavaero Jet Charter, Corp. | 46 |
| 5010.00 | 04/29/2019 | 7 | P | 1 | 195.00 | 0.25 | 48.75 | Gather documents for attorney use | 47 |

MS                                                                                                                         Tuesday 03/10/2020  4:19 pm

Date: 03/10/2020          **Detail Fee Transaction File List**          Page: 7
Feldman & Feldman, P.C.

| Client | Trans Date | Tmk | H P | Tcode/ Task Co | Rate | Hours to Bill | Amount | | Ref |
|---|---|---|---|---|---|---|---|---|---|
| **Timekeeper 7 Valerie Baker** | | | | | | | | | |
| | | | | | | | | at status conference. Rodriguez/Javier Tavaero Jet Charter, Corp. | |
| 5010.00 | 05/07/2019 | 7 | P | 1 | 195.00 | 0.50 | 97.50 | Prepare materials for Response to Motion for Leave to Response to Motion for Partial Summary Judgment for attorney use. Rodriguez/Javier Tavaero Jet Charter, Corp. | 48 |
| 5010.00 | 05/10/2019 | 7 | P | 1 | 195.00 | 0.25 | 48.75 | Review Response to Motion for Leave to Response to Motion for Partial Summary Judgment and file with Court once finalized. Rodriguez/Javier Tavaero Jet Charter, Corp. | 49 |
| 5010.00 | 07/22/2019 | 7 | P | 1 | 195.00 | 1.00 | 195.00 | Review Final Pre-Trial Order, gather and prepare documents to be used as exhibits to same, and file all with Court once finalized. Rodriguez/Javier Tavaero Jet Charter, Corp. | 52 |
| **Total for Timekeeper 7** | | | | | Billable | 0.00 | 0.00 | Valerie Baker | |
| | | | | | Non-billable | 21.70 | 4,231.50 | | |
| | | | | | Total | 21.70 | 4,231.50 | | |
| **Timekeeper 11 Cassandra Hoff** | | | | | | | | | |
| 5010.00 | 08/01/2018 | 11 | P | 1 | 100.00 | 1.50 | 150.00 | Prepare and bates label documents to be used as production Rodriguez/Javier Tavaero Jet Charter, Corp. | 17 |
| 5010.00 | 08/03/2018 | 11 | P | 1 | 100.00 | 2.00 | 200.00 | Prepare and bates label additional documents to be used as production. Prepare CD and dropbox link to be sent to Opposing Counsel with document production and serve once finalized. Rodriguez/Javier Tavaero Jet Charter, Corp. | 27 |
| 5010.00 | 10/11/2018 | 11 | P | 1 | 100.00 | 0.75 | 75.00 | Review Plaintiffs' Notice of Non-Opposition to Pending Motion for Partial Summary Judgment and file with Court once finalized Rodriguez/Javier Tavaero Jet Charter, Corp. | 28 |

| Date: 03/10/2020 | | | | | Detail Fee Transaction File List<br>Feldman & Feldman, P.C. | | | Page: 8 |
|---|---|---|---|---|---|---|---|---|
| Client | Trans<br>Date | Tmk | H<br>P | Tcode/<br>Task Co | Rate | Hours<br>to Bill | Amount | Ref |

**Timekeeper 11 Cassandra Hoff**

| Total for Timekeeper 11 | | | Billable<br>Non-billable<br>Total | 0.00<br>4.25<br>4.25 | 0.00 Cassandra Hoff<br>425.00<br>425.00 | |
|---|---|---|---|---|---|---|

**Timekeeper 18 Marissa Reyna**

| 5010.00 | 08/06/2019 | 18 P | 1 | 150.00 | 1.50 | 225.00 Pull and Organize trial exhibits based off of our exhibits list.<br>Rodriguez/Javier<br>Tavaero Jet Charter, Corp. | 57 |
|---|---|---|---|---|---|---|---|

| Total for Timekeeper 18 | | | Billable<br>Non-billable<br>Total | 0.00<br>1.50<br>1.50 | 0.00 Marissa Reyna<br>225.00<br>225.00 | |
|---|---|---|---|---|---|---|

**Timekeeper 20 Morgan King**

| 5010.00 | 10/31/2019 | 20 P | 1 | 350.00 | 1.25 | 437.50 Draft Motion to Reconsider Order on MSJ<br>Rodriguez/Javier<br>Tavaero Jet Charter, Corp. | 58 |
|---|---|---|---|---|---|---|---|

| Total for Timekeeper 20 | | | Billable<br>Non-billable<br>Total | 0.00<br>1.25<br>1.25 | 0.00 Morgan King<br>437.50<br>437.50 | |
|---|---|---|---|---|---|---|

**GRAND TOTALS**

| | Billable | 0.00 | 0.00 |
|---|---|---|---|
| | Non-billable | 144.55 | 51,659.00 |
| | Total | 144.55 | 51,659.00 |

| Date: 03/10/2020 | | | | | | **Detail Fee Transaction File List**<br>Feldman & Feldman, P.C. | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| **Client** | **Trans Date** | **Tmk** | **H P** | **Tcode/ Task Co** | **Rate** | **Hours to Bill** | **Amount** | | **Ref** |
| **Timekeeper 6 Ben Allen** | | | | | | | | | |
| 5010.01 | 06/19/2017 | 6 | P | 1 | 400.00 | 3.50 | 1,400.00 | Review contract documents; email correspondence from Marcella; and other documents necessary to evaluate claim.<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | 13 |
| 5010.01 | 06/20/2017 | 6 | P | 1 | 400.00 | 10.50 | 4,200.00 | Confer with client regarding ▇▇; review and analyze correspondence; confer with clients regarding ▇▇; confer with Houston Police Department regarding police report; begin drafting and outlining Original Complaint.<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | 14 |
| 5010.01 | 06/25/2017 | 6 | P | 1 | 400.00 | 8.50 | 3,400.00 | Finalize Original Complaint; review and analyze applicable FAA regulations; review client documents; confer with clients regarding ▇▇.<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | 16 |
| 5010.01 | 06/26/2017 | 6 | P | 1 | 400.00 | 5.00 | 2,000.00 | Confer with clients regarding ▇▇; revise Original Complaint; prepare for filing.<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | 17 |
| 5010.01 | 06/28/2017 | 6 | P | 1 | 400.00 | 2.50 | 1,000.00 | Finalize and file Original Complaint with exhibits; confer with clients regarding ▇▇.<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | 18 |
| 5010.01 | 06/29/2017 | 6 | P | 1 | 400.00 | 4.25 | 1,700.00 | Review and analyze flight spreadsheet; perform accounting of flight times and determine which company or person is entitled to payment.<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | 19 |
| 5010.01 | 06/30/2017 | 6 | P | 1 | 400.00 | 3.25 | 1,300.00 | Additional review of flight spreadsheet; complete accounting of flight times and determine which company or person is entitled to payment.<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | 20 |
| 5010.01 | 07/05/2017 | 6 | P | 1 | 400.00 | 2.75 | 1,100.00 | Confer with opposing counsel | 9 |

MS                                                                                               Tuesday 03/10/2020  4:23 pm

| Date: 03/10/2020 | | | | Detail Fee Transaction File List<br>Feldman & Feldman, P.C. | | | | Page: 2 |

| Client | Trans Date | Tmk | H Tcode/<br>P Task Co | Rate | Hours to Bill | Amount | | Ref |
|---|---|---|---|---|---|---|---|---|

**Timekeeper 6 Ben Allen**

| Client | Trans Date | Tmk | H P | Tcode/Task Co | Rate | Hours to Bill | Amount | Description | Ref |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | regarding status of Sterling's claim for $11,600; acceptance of service; forward waiver of service.<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | |
| 5010.01 | 07/07/2017 | 6 | P | 1 | 400.00 | 2.50 | 1,000.00 | Confer with clients regarding ▮▮▮▮▮; work with opposing counsel regarding acceptance of service of process.<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | 10 |
| 5010.01 | 07/11/2017 | 6 | P | 1 | 400.00 | 3.00 | 1,200.00 | Confer with clients regarding ▮▮▮▮▮; begin preparing ▮.<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | 11 |
| 5010.01 | 08/14/2017 | 6 | P | 1 | 400.00 | 2.30 | 920.00 | Confer with opposing counsel regarding prompt settlement; confer with ▮▮▮▮▮.<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | 12 |
| 5010.01 | 08/22/2017 | 6 | P | 1 | 400.00 | 2.10 | 840.00 | Review social media and text messages from Marcela; confer with client regarding ▮▮▮▮▮.<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | 21 |
| 5010.01 | 09/05/2017 | 6 | P | 1 | 400.00 | 3.20 | 1,280.00 | Prepare for and conduct conference call with opposing counsel; update clients regarding ▮▮▮▮▮.<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | 22 |
| 5010.01 | 09/12/2017 | 6 | P | 1 | 400.00 | 0.25 | 100.00 | Confer with opposing counsel regarding answer extension.<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | 23 |
| 5010.01 | 09/19/2017 | 6 | P | 1 | 400.00 | 11.20 | 4,480.00 | Review and analyze 5th Circuit law governing counterclaims; prepare outline to motion to strike.<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | 24 |
| 5010.01 | 09/20/2017 | 6 | P | 1 | 400.00 | 9.20 | 3,680.00 | Prepare initial draft of motion to dismiss counterclaim.<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | 25 |
| 5010.01 | 09/22/2017 | 6 | P | 1 | 400.00 | 2.60 | 1,040.00 | Review Javier's TWC file and | 26 |

| Date: 03/10/2020 | | | | | | Detail Fee Transaction File List<br>Feldman & Feldman, P.C. | | Page: 3 |
|---|---|---|---|---|---|---|---|---|
| Client | Trans Date | Tmk | H P | Tcode/ Task Co | Rate | Hours to Bill | Amount | Ref |

**Timekeeper 6 Ben Allen**

| Client | Trans Date | Tmk | H/P | Tcode | Rate | Hours to Bill | Amount | Description | Ref |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | appeal documents raising the same issues as argued in Tavaero counterclaim.<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | |
| 5010.01 | 09/23/2017 | 6 | P | 1 | 400.00 | 4.20 | 1,680.00 | Review TWC Packet; prepare examination outline of J. Rodriguez.<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | 27 |
| 5010.01 | 09/25/2017 | 6 | P | 1 | 400.00 | 2.30 | 920.00 | Prepare Joint Discovery Case Management Plan; Review Al Bennett's form order.<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | 28 |
| 5010.01 | 09/26/2017 | 6 | P | 1 | 400.00 | 7.20 | 2,880.00 | Conduct 26(f) conference; conduct TWC hearing containing bases for appeal relating to counterclaim; conduct client meeting; revise JDCMP.<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | 29 |
| 5010.01 | 10/03/2017 | 6 | P | 1 | 400.00 | 6.70 | 2,680.00 | Finalize Answer to Counterclaim; revise and finalize motion to dismiss Counterclaim.<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | 30 |
| 5010.01 | 10/06/2017 | 6 | P | 1 | 400.00 | 3.10 | 1,240.00 | Prepare for and attend initial status conference with Judge Al Bennett.<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | 31 |
| 5010.01 | 10/14/2017 | 6 | P | 1 | 400.00 | 2.40 | 960.00 | Work with TWC Officer to obtain new dates for hearing; confer with opposing counsel and client regarding scheduling logistics.<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | 32 |
| 5010.01 | 10/18/2017 | 6 | P | 1 | 400.00 | 6.20 | 2,480.00 | Prepare for and attend TWC hearing regarding whether J. Rodriguez was terminated for cause.<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | 33 |
| 5010.01 | 11/07/2017 | 6 | P | 1 | 400.00 | 3.10 | 1,240.00 | Prepare first set of discovery requests.<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | 37 |
| 5010.01 | 12/19/2017 | 6 | P | 1 | 400.00 | 1.40 | 560.00 | Draft discovery letter to opposing counsel.<br>Ortiz/Chris | 39 |

| Date: 03/10/2020 | | | | | | | Detail Fee Transaction File List<br>Feldman & Feldman, P.C. | | Page: 4 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| Client | Trans Date | Tmk | H P | Tcode/ Task Co | Rate | Hours to Bill | Amount | | Ref |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Timekeeper 6 Ben Allen** | | | | | | | | | |
| 5010.01 | 12/31/2017 | 6 | P | 1 | 400.00 | 3.70 | 1,480.00 | Tavaero Jet Charter, Corp.<br>Review and analyze TWC workforce commission decision opinion; prepare discovery correspondence to opposing counsel.<br>Ortiz/Chris | 40 |
| 5010.01 | 01/22/2018 | 6 | P | 1 | 400.00 | 4.20 | 1,680.00 | Tavaero Jet Charter, Corp.<br>Follow up with opposing counsel regarding document production deficiencies; review and analyze revisions to protective order, approve protective order; review and analyze supplemental document production.<br>Ortiz/Chris | 41 |
| 5010.01 | 02/02/2018 | 6 | P | 1 | 400.00 | 3.40 | 1,360.00 | Tavaero Jet Charter, Corp.<br>Review document production; confer with client; draft and send discovery and deposition request letter to opposing counsel.<br>Ortiz/Chris | 42 |
| 5010.01 | 02/06/2018 | 6 | P | 1 | 400.00 | 0.20 | 80.00 | Tavaero Jet Charter, Corp.<br>Follow up with opposing counsel regarding February 2, 2018 discovery letter.<br>Ortiz/Chris | 43 |
| 5010.01 | 02/12/2018 | 6 | P | 1 | 400.00 | 3.10 | 1,240.00 | Tavaero Jet Charter, Corp.<br>Review and analyze local court procedures; review prior communications with opposing counsel; prepare request for pre-motion conference; prepare proposed order.<br>Ortiz/Chris | 44 |
| 5010.01 | 02/14/2018 | 6 | P | 1 | 400.00 | 1.40 | 560.00 | Tavaero Jet Charter, Corp.<br>Confer with client and update regarding ████████<br>████<br>Ortiz/Chris | 45 |
| 5010.01 | 02/15/2018 | 6 | P | 1 | 400.00 | 1.40 | 560.00 | Tavaero Jet Charter, Corp.<br>Discuss, review, and analyze potential whistleblower issues relating to retaliation threats lodged at other employees for communicating with Plaintiffs.<br>Ortiz/Chris | 46 |
| 5010.01 | 02/16/2018 | 6 | P | 1 | 400.00 | | 0.00 | Tavaero Jet Charter, Corp.<br>Ortiz/Chris | 47 |

Date: 03/10/2020  **Detail Fee Transaction File List**  Page: 5
Feldman & Feldman, P.C.

| Client | Trans Date | Tmk | H P | Tcode/ Task Co | Rate | Hours to Bill | Amount | | Ref |
|---|---|---|---|---|---|---|---|---|---|

**Timekeeper 6 Ben Allen**

| 5010.01 | 03/19/2018 | 6 | P | 1 | 400.00 | 3.20 | 1,280.00 | Tavaero Jet Charter, Corp. Review correspondence from opposing counsel; review position letter with Court; prepare for teleconference. Ortiz/Chris | 48 |
| 5010.01 | 03/20/2018 | 6 | P | 1 | 400.00 | 2.40 | 960.00 | Tavaero Jet Charter, Corp. Attend telephonic discovery hearing and confer with opposing counsel regarding deposition dates. Ortiz/Chris | 49 |
| 5010.01 | 03/23/2018 | 6 | P | 1 | 400.00 | 1.20 | 480.00 | Tavaero Jet Charter, Corp. Confer with opposing counsel regarding agreed nonsuit of counterclaims and deposition dates. Ortiz/Chris | 50 |
| 5010.01 | 04/02/2018 | 6 | P | 1 | 400.00 | 0.70 | 280.00 | Tavaero Jet Charter, Corp. Review document production regarding Tony Davila; follow up with opposing counsel regarding deposition dates. Ortiz/Chris | 51 |
| 5010.01 | 04/06/2018 | 6 | P | 1 | 400.00 | 1.20 | 480.00 | Tavaero Jet Charter, Corp. Update client regarding ▓▓▓ Ortiz/Chris | 52 |
| 5010.01 | 05/02/2018 | 6 | P | 1 | 400.00 | 1.40 | 560.00 | Tavaero Jet Charter, Corp. Confer with clients regarding ▓▓▓ Ortiz/Chris | 54 |
| 5010.01 | 05/15/2018 | 6 | P | 1 | 400.00 | 2.10 | 840.00 | Tavaero Jet Charter, Corp. Work with clients regarding ▓▓▓ Ortiz/Chris | 57 |
| 5010.01 | 05/23/2018 | 6 | P | 1 | 400.00 | 3.20 | 1,280.00 | Tavaero Jet Charter, Corp. Finalize deposition outline; confer with clients regarding ▓▓▓. Ortiz/Chris | 58 |
| 5010.01 | 05/24/2018 | 6 | P | 1 | 400.00 | 6.20 | 2,480.00 | Tavaero Jet Charter, Corp. Prepare for and conduct deposition of Marcela White; meet with clients regarding ▓▓▓. Ortiz/Chris | 59 |
| 5010.01 | 05/25/2018 | 6 | P | 1 | 400.00 | 3.60 | 1,440.00 | Tavaero Jet Charter, Corp. Prepare for and conduct deposition | 60 |

Date: 03/10/2020　　　　　　　　　　**Detail Fee Transaction File List**　　　　　　　　　　Page: 6
　　　　　　　　　　　　　　　　　　　　Feldman & Feldman, P.C.

| Client | Trans Date | Tmk | H P | Tcode/ Task Co | Rate | Hours to Bill | Amount | | Ref |
|---|---|---|---|---|---|---|---|---|---|

**Timekeeper 6 Ben Allen**

| Client | Trans Date | Tmk | H/P | Task | Rate | Hours | Amount | Description | Ref |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | of Ronnie Venturini and confer with clients regarding ▮▮▮▮. Ortiz/Chris Tavaero Jet Charter, Corp. | |
| 5010.01 | 07/17/2018 | 6 | P | 1 | 400.00 | 3.10 | 1,240.00 | Confer with clients regarding ▮▮▮▮▮▮▮▮; prepare for the same. Ortiz/Chris Tavaero Jet Charter, Corp. | 63 |
| 5010.01 | 08/03/2018 | 6 | P | 1 | 400.00 | 6.40 | 2,560.00 | Prepare documents for production; interview clients; prepare amended disclosures. Ortiz/Chris Tavaero Jet Charter, Corp. | 64 |
| 5010.01 | 08/16/2018 | 6 | P | 1 | 400.00 | 3.40 | 1,360.00 | Draft outline to motion for partial summary judgment; review deposition testimony of individual defendants. Ortiz/Chris Tavaero Jet Charter, Corp. | 65 |
| 5010.01 | 10/11/2018 | 6 | P | 1 | 400.00 | 5.50 | 2,200.00 | Review and analyze document production and pre-trial deadlines (3.4); prepare notice of non-opposition to summary judgment (2.1). Ortiz/Chris Tavaero Jet Charter, Corp. | 66 |
| 5010.01 | 11/17/2018 | 6 | P | 1 | 400.00 | 10.40 | 4,160.00 | Draft Jury Charge, Exhibit List, Witness List, Motions in Limine, Voir Dire Questions, and Pre-Trial Filing. Ortiz/Chris Tavaero Jet Charter, Corp. | 67 |
| 5010.01 | 11/30/2018 | 6 | P | 1 | 400.00 | 1.40 | 560.00 | Review correspondence from A. Southerland to the Court; update clients and go over ▮▮▮▮. Ortiz/Chris Tavaero Jet Charter, Corp. | 68 |
| 5010.01 | 04/25/2019 | 6 | P | 1 | 400.00 | 3.20 | 1,280.00 | Follow up with Court regarding status conference, review file in preparation for status conference. Ortiz/Chris Tavaero Jet Charter, Corp. | 69 |
| 5010.01 | 05/01/2019 | 6 | P | 1 | 400.00 | 3.40 | 1,360.00 | Prepare for and argue at status conference; update clients and | 70 |

MS　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tuesday 03/10/2020 4:23 pm

Date: 03/10/2020            **Detail Fee Transaction File List**            Page: 7
                                    Feldman & Feldman, P.C.

| Client | Trans Date | Tmk | H Tcode/ P Task Co | Rate | Hours to Bill | Amount | | Ref |
|---|---|---|---|---|---|---|---|---|
| **Timekeeper 6 Ben Allen** | | | | | | | | |
| | | | | | | | confer about ▮▮▮▮▮. Ortiz/Chris Tavaero Jet Charter, Corp. | |
| **Total for Timekeeper 6** | | | | Billable | 0.00 | 0.00 | Ben Allen | |
| | | | | Non-billable | 192.60 | 77,040.00 | | |
| | | | | Total | 192.60 | 77,040.00 | | |
| **Timekeeper 7 Valerie Baker** | | | | | | | | |
| 5010.01 | 06/13/2017 | 7 | P 1 | 195.00 | 0.75 | 146.25 | Prepare engagement letter for attorney review and forward same ▮▮▮▮▮ once finalized by attorney for review and execution. Ortiz/Chris Tavaero Jet Charter, Corp. | 15 |
| 5010.01 | 10/02/2017 | 7 | P 1 | 195.00 | 2.50 | 487.50 | Prepare materials for Plaintiffs' Response to Defendants' Counterclaims for attorney use. Ortiz/Chris Tavaero Jet Charter, Corp. | 34 |
| 5010.01 | 10/03/2017 | 7 | P 1 | 195.00 | 0.25 | 48.75 | Review and prepare for service Plaintiffs' Initial Disclosures and serve same to opposing counsel once finalized. Ortiz/Chris Tavaero Jet Charter, Corp. | 36 |
| 5010.01 | 10/04/2017 | 7 | P 1 | 195.00 | 2.50 | 487.50 | Review and prepare for filing Plaintiffs' Motion to Dismiss Counterclaims and Plaintiffs' Answer to Defendants' Counterclaims and file with Court. Ortiz/Chris Tavaero Jet Charter, Corp. | 35 |
| 5010.01 | 11/08/2017 | 7 | P 1 | 195.00 | 0.50 | 97.50 | Review and revise Plaintiffs' First Set of Discovery to Defendants and serve same to opposing counsel once finalized. Ortiz/Chris Tavaero Jet Charter, Corp. | 38 |
| 5010.01 | 04/17/2018 | 7 | P 1 | 195.00 | 1.00 | 195.00 | Prepare materials for Notice of Intent to take the Videotaped Oral Deposition of Marcela White; Notice of Intent to take the Videotaped Oral Deposition of Renato Venturini; and Plaintiffs' Designation of Expert Witness for attorney use. Serve same to Opposing Counsel once finalized. | 53 |

Date: 03/10/2020　　　　　　　　　　**Detail Fee Transaction File List**　　　　　　　　　　Page: 8
　　　　　　　　　　　　　　　　　　　　Feldman & Feldman, P.C.

| Client | Trans Date | Tmk | H P | Tcode/ Task Co | Rate | Hours to Bill | Amount | | Ref |
|---|---|---|---|---|---|---|---|---|---|

**Timekeeper 7 Valerie Baker**

| 5010.01 | 05/23/2018 | 7 | P | 1 | 195.00 | 1.00 | 195.00 | Ortiz/Chris<br>Tavaero Jet Charter, Corp.<br>Gather documents for attorney use at deposition of Marcela White. | 62 |
| 5010.01 | 05/25/2018 | 7 | P | 1 | 195.00 | 0.25 | 48.75 | Ortiz/Chris<br>Tavaero Jet Charter, Corp.<br>Gather documents for attorney use at deposition of Renato Venturini.<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | 61 |

**Total for Timekeeper 7**　　　　Billable　　0.00　　　　0.00　Valerie Baker
　　　　　　　　　　　　　　　Non-billable　8.75　　1,706.25
　　　　　　　　　　　　　　　　　　Total　8.75　　1,706.25

**Timekeeper 11 Cassandra Hoff**

| 5010.01 | 05/09/2018 | 11 | P | 1 | 100.00 | 1.00 | 100.00 | Searched for and Added Documents from Tavaero Document Production to Deposition Exhibits<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | 55 |
| 5010.01 | 05/11/2018 | 11 | P | 1 | 100.00 | 0.50 | 50.00 | Created Ben's Working Binder for Exhibits Regarding the Deposition of Marcela White<br>Ortiz/Chris<br>Tavaero Jet Charter, Corp. | 56 |

**Total for Timekeeper 11**　　　　Billable　　0.00　　　　0.00　Cassandra Hoff
　　　　　　　　　　　　　　　Non-billable　1.50　　　150.00
　　　　　　　　　　　　　　　　　　Total　1.50　　　150.00

**GRAND TOTALS**

　　　　　　　　　　　　　　　　　Billable　　　0.00　　　　0.00
　　　　　　　　　　　　　　　Non-billable　202.85　　78,896.25
　　　　　　　　　　　　　　　　　　Total　202.85　　78,896.25