United States District Court
Southern District of Texas
**ENTERED**
April 21, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAVIER RODRIGUEZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-1974 |
| | § | |
| RENATO VENTURINI, *et al*, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the Court's simultaneously issued *Memorandum Opinion and Order*, the Court renders judgment for Plaintiffs Javier Rodriguez and Sterling Jet Aviation, based on the jury's verdict. Defendants shall pay to Plaintiff Javier Rodriguez $474.26 for his *quantum meruit* claim and prejudgment interest, and shall pay to Plaintiff Sterling Jet $684.86 for its *quantum meruit* claim and prejudgment interest. This sum accounts for the credit of $2,300 Defendants already paid.

Defendants will also pay $26,106.00 in attorneys' fees and $346.57 in costs.

This is a **FINAL JUDGMENT**.

SIGNED this 21st day of April, 2020.

George C. Hanks Jr.
United States District Judge